IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | ) |
| | ) |
| Evergreen Builders, Inc., A Corp. | )   Case No. 04-12122-7 |
| | ) |
| | ) |
| Debtor(s) | ) |
| _____ | ) |

**REPORT OF OUTSTANDING CHECK(S)**

Linda S. Parks, Trustee of the above referenced bankruptcy estate, reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and the check(s) were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 308 | Vincent Abeyta | $35.03 |
| 309 | Leland Henderson | $208.33 |
| 310 | Joseph L. Olivas | $140.52 |
| 320 | Hector Solis | $36.68 |

Accompanying this Report is Check No. 330 in the amount of $420.56, payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

Respectfully submitted,

*/s/    Linda S. Parks*
Linda S. Parks, Trustee (#11648)
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803