F I L E D
AT WICHITA, KS
DEC 1 5 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: )
)
Evergreen Builders, Inc., A Corp. ) Case No. 04-12122-7
)
)
Debtor(s) )
)

### REPORT OF OUTSTANDING CHECK(S)

Linda S. Parks, Trustee of the above referenced bankruptcy estate, reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and the check(s) were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 312 | Dianne Cohee | $208.33 |

Accompanying this Report is Check No. 333 in the amount of $208.33, payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

Respectfully submitted,

/s/ Linda S. Parks
Linda S. Parks, Trustee (#11648)
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

 # 00126913 - HO
 December 15, 2009  6

 Code    Case #    Qty     Amount

 UNCLAIM  04-12122          208.33 CH
   Debtor - Evergreen Builders


 TOTAL0     208.33


 FROM: Linda S. Parks
       100 N Broadway
       Suite 950
       Wichita KS 67202-2209
```